No. 4045.—Pueblo, apldo., *v.* Díaz et al., apltes.—C. D. Aguadilla. ▆▆▆▆▆▆▆▆ Dic. 21, 1929.

Por desistida la parte apelante.

No. 3812.—Pueblo, apldo., *v.* Alicea, aplte.—C. D. Ponce. ▆▆▆▆▆▆▆▆ Dic. 23, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Por cuanto, la objeción a una acusación por haberse jurado ante un subsecretario es tardía si se presenta el día del juicio;

Por cuanto, un subsecretario está autorizado para tomar tales juramentos;

Por cuanto, el apelante no nos convence de que la corte abusó de su discreción al negar la solicitud del acusado pidiendo que se abriera el juicio de nuevo para permitirle probar que algunos de los testigos principales eran perjuros; tanto más cuanto que las alegadas declaraciones inconsistentes que se presentaron no aparecen en la transcripción;

Por cuanto, examinada toda la prueba, la corte no encuentra razón alguna para ir contra la apreciación de la misma hecha por el jurado,

Por tanto, se confirma la sentencia apelada.

No. 3931.—Pueblo, apldo., *v.* García, aplte.—C. D. San Juan. ▆▆▆▆▆▆▆ Dic. 24, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Por cuanto, en este caso el apelante se declaró culpable del delito de que se le acusaba;

Por cuanto, la corte se limitó a imponerle la pena mínima que señala el estatuto en casos de esta naturaleza;

Por cuanto, el apelante no nos convence de que la corte abusó de su discreción al no abrir la sentencia para permitirle presentar su defensa,

Por tanto, se confirma la sentencia apelada.